UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN ROSELLO,

               Plaintiff,

      -against-
                                 **MEMORANDUM OF**
                                 **DECISION AND ORDER**
                                 11-CV-5447 (ADS)(SIL)

THE LONG ISLAND RAIL ROAD
COMPANY,

               Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Law Office of Philip P. Vogt, PLLC**
*Attorneys for the Plaintiff*
5 Penn Plaza, 23rd Floor
New York, NY 10001
    By:   Philip Patrick Vogt, Esq., of Counsel

**Krez & Flores, LLP**
*Attorneys for the Defendant*
225 Broadway, Suite 705
New York, NY 10007
    By:   William J. Blumenschein, Esq., of Counsel

**SPATT, District Judge.**

      In light of the Court's September 16, 2014 decision denying the Defendants' motion pursuant to Federal Rule of Civil Procedure 50(b) and 59, the Clerk of the Court is directed to enter judgment in this case based on the verdict. The Clerk of the Court is also directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
October 3, 2014                                                     ____*/s/ Arthur D. Spatt*_____
                                                                 ARTHUR D. SPATT
                                                           United States District Judge